U.S. Department of Justice
Federal Bureau of Investigation
Criminal Justice Information Services Division



The National Instant Criminal Background Check System (NICS) is a descriptor-based name search. If you believe you have been **erroneously denied** you may submit a request to challenge the deny decision.

The agency which processed your NICS transaction is required to have a challenge process. You may challenge through the *denying agency*, the state or local agency that processed your transaction, or, you may submit your challenge to the FBI Criminal Justice Information Services (CJIS) Division.

### You may:

1) Request the reason for your firearm-related denial
2) Challenge the reason for your firearm-related denial

### Please Visit:

## https://www.edo.cjis.gov

For customers without Internet access, you may mail a request to the address listed below:

> FBI CJIS Division
> Attention: CHAT 1
> BTC3
> 1000 Custer Hollow Road
> Clarksburg, WV 26306

The challenge submission must include:
- ✓ NICS Transaction Number (NTN)
- ✓ Your full name
- ✓ Your complete mailing address

**Providing a set of your rolled fingerprints prepared by law enforcement, or authorized fingerprinting agency, is highly recommended to help expedite your challenge.**

The CJIS Division cannot release the reason for a deny over the phone.

### NICS Transaction Number (NTN):

___

(NTN Required to Challenge)  August 2019

---

U.S. Department of Justice
Federal Bureau of Investigation
Criminal Justice Information Services Division



The National Instant Criminal Background Check System (NICS) is a descriptor-based name search. If you are experiencing an **extended** delay, you may explore the options below.

### Resolution options include:

1) Identity History Summary Check: Visit www.fbi.gov/checks.

2) Identity History Summary Challenge: Visit www.fbi.gov/checks.

3) Voluntary Appeal File: Visit the NICS website at https://www.fbi.gov/file-repository/vaf-form-25.pdf/view.

### Please Visit:

## https://www.edo.cjis.gov

<u>PLEASE NOTE</u>: The CJIS Division will not process challenges for delay decisions.

The CJIS Division cannot release the reason for a delay over the phone.



PLAINTIFF'S EXHIBIT A

### NICS Transaction Number (NTN):

___

(NTN Required to Challenge)  August 2019