```
MATTHEW MACH
7603 CAROLE LANE
FLORENCE, KY 41042
```





U.S. Department of Justice

Federal Bureau of Investigation

*Clarksburg, WV 26306*
February 1, 2024

MATTHEW MACH
7603 CAROLE LANE
FLORENCE, KY 41042

RE:  Request for or Challenge the Reason(s) for Firearm-Related Denial
    Submitted January 31, 2024
    NTN: 103620ZPW
    STN: None Provided

Dear Matthew Mach:

    This responds to your inquiry concerning the delay/denial of your application to receive a permit. Unfortunately, the FBI's Criminal Justice Information Services Division does not provide the reason(s) for delays/denials or process challenges regarding permits issued by state or local agencies that use the National Instant Criminal Background Check System (NICS) for firearm-related permit purposes.

    Questions regarding state or local permit delays/denials must be directed to the appropriate state or local agency that conducted your permit check. We apologize for any inconvenience this may have caused.

                                          Biometric Services Section
                                          Criminal Justice Information
                                            Services Division