Case: 2:24-cv-00098-DCR Doc #: 1-8 Filed: 06/11/24 Page: 1 of 2 - Page ID#: 24

MATTHEW MACH
7603 CAROLE LANE
FLORENCE, KY 41042





U.S. Department of Justice

Federal Bureau of Investigation

*Clarksburg, WV 26306*
June 6, 2024

MATTHEW MACH
7603 CAROLE LANE
FLORENCE, KY 41042

RE: Request for or Challenge the Reason(s) for Firearm-Related Denial
    Submitted June 6, 2024
    NTN: 103620ZPW
    STN: None Provided

Dear Matthew Mach:

    This responds to your request for, or the challenge of, the reason(s) for your firearm-related denial. Please be advised that the NTN and/or STN you provided is/are not valid, or has been purged due to exceeding our retention requirement of 88 days. Please verify that you entered the NTN and/or STN correctly. If you entered either/both of them incorrectly, please resubmit your request and ensure the NTN and/or STN are entered correctly. If you entered either/both of them correctly, it is possible you were provided with incorrect information, or they were purged due to exceeding our retention requirement of 88 days. Please contact the Federal Firearms Licensee or the agency that conducted your firearm-related check to obtain the correct NTN and/or STN, or to determine if the NTN and/or STN you provided has been purged. If you obtain corrected information, please resubmit your request. You may resubmit your request via our website at <https://www.edo.cjis.gov>.

                                        NICS Section
                                        Criminal Justice Information
                                          Services Division