UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

**CIVIL ACTION NO. 2:24-CV-00098-DCR**

**MATTHEW MACH**                                                                                  **PLAINTIFF**

**v.**                                              **JOINT STATUS REPORT**

**PAMELA BONDI, ET AL.**                                                                **DEFENDANTS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff and Defendants, by counsel, submit the following Joint Status Report as directed by the Court's Scheduling Order of February 13, 2025 [R. 32]:

1. On January 30, 2025, Plaintiff propounded the first set of Interrogatories, Requests for Admission, and Requests for Production of Documents on Defendants.

2. Defendants are working to provide a response to the discovery requests.

3. The parties anticipate engaging in further discussions on discovery.

4. Depositions may be scheduled after written discovery is exchanged.

.

Respectfully submitted,

*/s/ Christopher Wiest (w/permission)*
Christopher Wiest (KBA 90725)
Theodore J. Roberts (KBA 100610)
Chris Wiest, Atty at Law, PLLC
50 E. Rivercenter Blvd, Suite 1280
Covington, KY 41011
513/257-1895 (v)
859/495-0803 (f)
chris@cwiestlaw.com
*Counsel for Plaintiffs*


PAUL C. MCCAFFREY
ACTING UNITED STATES ATTORNEY

By:  */s/Tiffany K. Fleming*
Tiffany K. Fleming
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4835
Tiffany.Fleming@usdoj.gov


## **CERTIFICATE OF SERVICE**

I certify that on March 3, 2025, the foregoing was electronically filed with the clerk of the court and served on opposing counsel using the CM/ECF system.


*/s/*Tiffany K. Fleming
Tiffany K. Fleming
Assistant U.S. Attorney