UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:24-CV-00098-DCR

MATTHEW MACH                                                                                          PLAINTIFF

v.                                             **JOINT STATUS REPORT**

PAMELA BONDI, ET AL.                                                                            DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff and Defendants, by counsel, submit the following Joint Status Report as directed by the Court's Scheduling Order of February 13, 2025 [R. 32]:

1. During the preceding month, the parties have discussed this matter through counsel, including potential next steps in the litigation.

2. The parties anticipate continued compliance with the Court's Scheduling Order.

Respectfully submitted,

*/s/ Christopher Wiest (w/permission)*
Christopher Wiest (KBA 90725)
Theodore J. Roberts (KBA 100610)
Chris Wiest, Atty at Law, PLLC
50 E. Rivercenter Blvd, Suite 1280
Covington, KY 41011
513/257-1895 (v)
859/495-0803 (f)
chris@cwiestlaw.com
*Counsel for Plaintiff*


PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By:  /s/Kyle M. Melloan
Tiffany K. Fleming
Kyle M. Melloan
Assistant United States Attorneys
260 West Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4835
(859) 685-4828
Tiffany.Fleming@usdoj.gov
Kyle.Melloan@usdoj.gov
*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I certify that on July 7, 2025, the foregoing was electronically filed with the clerk of the court and served on opposing counsel using the CM/ECF system.

*/s/*Kyle M. Melloan
Kyle M. Melloan
Assistant U.S. Attorney