**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

CIVIL ACTION NO. 2:24-CV-00098-DCR

MATTHEW MACH                                                                                    PLAINTIFF

v.                              STIPULATION OF DISMISSAL

PAMELA BONDI, United States
Attorney General, in her official capacity;
KASH PATEL, Director of the Federal
Bureau of Investigation, in his official
capacity; DANIEL DRISCOLL, Acting
Director of the Bureau of Alcohol,
Tobacco, Firearms and Explosives, in his
official capacity; and the UNITED
STATES OF AMERICA[1]                                                                      DEFENDANTS

*** *** *** *** ***

The parties, having entered into an agreement resolving all issues raised in the instant civil action, and expressing their consent to the entry of this Stipulation of Dismissal:

**IT IS HEREBY AGREED AND ORDERED** that this action is dismissed in its entirety with prejudice and stricken from the docket, with each party to bear its own costs, expenses, and fees, and with the District Court retaining jurisdiction to enforce the stipulation and settlement between the parties for a period of 120 days, with said jurisdiction continuing day-to-day if a motion to enforce a settlement agreement/stipulation for compromise is pending and for so long as such a motion is pending.

---

[1] Defendants have been automatically substituted under Fed. R. Civ. P. 25(d).

Respectfully submitted,

FOR DEFENDANTS:

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

/s/Kyle M. Melloan
Kyle M. Melloan
Assistant United States Attorney
260 West Vine Street Suite 300
Lexington, KY  40507-2661
(859) 685-4828
Kyle.Melloan@usdoj.gov

FOR PLAINTIFF:

/s/ Christopher Wiest (w/permission)
Christopher Wiest (KBA 90725)
Theodore J. Roberts (KBA 100610)
Chris Wiest, Atty at Law, PLLC
50 E. Rivercenter Blvd, Suite 1280
Covington, KY 41011
513/257-1895 (v)
859/495-0803 (f)
chris@cwiestlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2 day of September, 2025, I electronically filed the foregoing with the clerk of the court and served on counsel of record using the CM/ECF system.

/s/Christopher Wiest
Counsel for Plaintiff