UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

MATTHEW MACH,                            )
                                         )
        Plaintiff,                       )          Civil Action No. 2: 24-098-DCR
                                         )
V.                                       )
                                         )
PAMELA BONDI, et al.,[1]                 )               **ORDER**
                                         )
        Defendants.                      )

*** *** *** ***

The parties have filed a stipulation indicating that they have reached an agreement to resolve this matter.  [Record No. 41] However, the stipulation provides that the Court shall retain jurisdiction to "enforce the stipulation and settlement between the parties for a period of 120 days, with said jurisdiction continuing day-to-day if a motion to enforce a settlement agreement/stipulation for compromise is pending." *Id.*

While this Court *may* retain jurisdiction over the parties' settlement agreement, it is not so inclined.  *See RE/MAX Int'l, Inc. v. Realty One, Inc.*, 271 F.3d 633, 641–42 (6th Cir. 2001) (citing *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 376–78 (1994).  Accordingly, it is hereby

**ORDERED** that the parties construed motion [Record No. 41] is **DENIED**.

---

[1]  Pamela Bondi became the United States Attorney General on February 5, 2025, Kash Patel became the Director of the Federal Bureau of Investigation on February 21, 2025, and Daniel Driscoll became the Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives on April 9, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, they are substituted as the defendants in this suit.

Dated:  September 2, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky