UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| MATTHEW MACH, | ) | |
| Plaintiff, | ) | Civil Action No. 2: 24-098-DCR |
| V. | ) | |
| PAMELA BONDI, et al., | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a stipulation of dismissal. [Record No. 43] Accordingly, it is hereby **ORDERED** as follows:

1. The bench trial previously set to commence March 10, 2026, is **CANCELED**.

2. All claims asserted in this action by Plaintiff Matthew Mach against Defendants Pamela Bondi, United States Attorney General; Kash Patel, Director of the Federal Bureau of Investigation; and Daniel Driscoll, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives are **DISMISSED** with prejudice.

3. This action is **STRICKEN** from the docket.

4. The parties shall bear their respective costs, fees, and expenses.

Dated: September 11, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky